IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-02358-WJM-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: November 10, 2011 | Courtroom Deputy: Emily Seamon |

| *Parties:* | *Counsel:* |
|---|---|
| DENISE CASSESE, formerly known as Denice Caliguiri, GEORGE SCOTT RUSH, RICHARD SCHROER, and WILLIAM BLOOM, individually and on behalf of all others similarly situated, | Peter St. Phillip, Jr. |
| Plaintiffs, | |
| v. | |
| WASHINGTON MUTUAL, INC., and THE FEDERAL DEPOSIT INSURANCE CORPORATION, | Vanessa Chandis |
| Defendants. | |
| JOHN HENRY WILLIAMS, | Steve Miller |
| Movant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:   8:32 a.m.**
Court calls case. Appearances of counsel.

Discussion between the Court and counsel regarding Movant's Motion for Attorneys' Fees and Costs [Doc. No. 9], a witness fee issue, serving a subpoena, a stay of discovery regarding settlement, filing a motion for protective order, taking a deposition, and complying with our local rules.

**ORDERED:**   Movant's Motion for Attorneys' Fees and Costs [Doc. No. 9] is GRANTED. Fees and costs shall be paid by Mr. St. Phillip's law firm. The Court finds the fees and

        costs to be reasonable.  The fees and costs shall be paid to Mr. Miller within two (2) weeks of today's date.

**ORDERED:**  Pursuant to D.C. COLO. LCivR 72.1 B. 7 and based on the Order entered on 10/19/11 (Doc. #10), this civil action is CLOSED.

HEARING CONCLUDED.

**Court in recess**:    **8:47 a.m.**
Total time in court:   00:15

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.